```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 10-60597-CIV-ZLOCH
```

FRANK MANFRED, II,

    Plaintiff,

**FINAL JUDGMENT**
**RE: FDCPA CLAIMS**

vs.

FOCUS RECEIVABLES
MANAGEMENT, LLC,

    Defendants.

_____/

THIS MATTER is before the Court upon Plaintiff's Motion For Entry Of Final Judgment (DE 42). For the reasons expressed in this Court's Order granting said Motion, entered separately, and pursuant to Federal Rule of Civil Procedure 58, it is

    **ORDERED** and **ADJUDGED** as follows:

    1. Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Frank Manfred, II, and against Defendant Focus Receivables Management, LLC on Plaintiff's claims for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 <u>et</u> <u>seq.</u>, contained in the Counts I, II, III, and IV of his Complaint (DE 1);

    2. Plaintiff Frank Manfred, II does have and recover from Defendant Focus Receivables Management, LLC the sum of $1,001.00, together with interest thereon from the date of this Final Judgment, at a rate of 0.24% per anum, for all of which let execution issue;

    3. The Court shall retain jurisdiction solely for the purpose of entertaining a Motion For Attorney's Fees that comports with the dictates of Local Rule 7.3; and

      4. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___21st___ day of April, 2011.

*/s/ William J. Zloch*
WILLIAM J. ZLOCH
United States District Judge